# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00325-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CASTRO-HERNANDEZ,
    a/k/a Refugio Lopez-Flores,
    a/k/a Gerardo Lopez-Hernandez,
    a/k/a Gerardo Eugenio Flores,

    Defendant.

---

## MINUTE ORDER[1]

---

A **Notice of Disposition** [#15][2] has been filed on October 3, 2011. The parties request to contact the court in order to set this matter for a change of plea hearing. The request is reasonable and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That on **October 17, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: October 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.